IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR NASSAU COUNTY, FLORIDA

CASE NO.:
DIVISION:

KELSIE PLUMB,

    Plaintiff,

vs.

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,
    Serve On:
    4851 Cox Road
    Glen Allen, VA 23060

    Defendant.
_____/

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES AND DEMAND FOR JURY TRIAL

### I.    INTRODUCTION

1. This is an action for injunctive relief and damages in excess of $30,000.00, exclusive of costs, interest and attorney's fees brought by Plaintiff, KELSIE PLUMB, an individual consumer, for violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), by CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ("CAPITAL ONE"). Fundamentally, this case is about the Defendant's refusal to respect Ms. Plumb's personal and legal rights in CAPITAL ONE's attempts to collect an alleged debt from Ms. Plumb.

1

## II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to Fla. Stat. § 26.012, Fla. Stat. § 559.77(1), and 47 U.S.C. § 227(b)(3). Venue in this County is proper in that the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff, Kelsie Plumb, is a natural person, and citizen of the state of Florida, residing in Florida. Ms. Plumb is a "consumer" as defined by the FCCPA, Fla. Stat. § 559.55(8).

4. Defendant, CAPITAL ONE, whose main address is located at 4851 Cox Road, Glen Allen, VA 23060, provides credit card and other lending and banking services and products nationwide.

## IV. BACKGROUND

5. Plaintiff had alleged debt to CAPITAL ONE arising out of personal, family, or household purposes. The alleged debt is "consumer debt" as defined by the FCCPA, Fla. Stat. § 559.55(6).

6. Ms. Plumb, facing numerous financial difficulties, hired First Coast Consumer Law to represent her with regard to all debts and claims that her creditors may have had against her, and to seek relief from the overwhelming volume of debt collection calls and letters that she was receiving.

7. On November 15, 2019 Ms. Plumb, through counsel, advised CAPITAL ONE that she was represented by an attorney with respect to the alleged debt to CAPITAL ONE, and requested that CAPITAL ONE cease all direct contact with Ms. Plumb. A true and correct copy

of the fax confirmation of the November 15, 2019 communication to CAPITAL ONE is attached hereto as Exhibit 1.[1]

8. The November 15, 2019 communication to CAPITAL ONE placed CAPITAL ONE on notice that (a) Ms. Plumb was represented by an attorney with regard to her alleged debt(s), (b) Ms. Plumb did not wish to be contacted directly by CAPITAL ONE, and (c) Ms. Plumb disputed the alleged debt.

9. The November 15, 2019 communication explicitly stated that "[a]ny prior permission to contact" Ms. Plumb's "cellular, home or business phone is revoked."

10. Despite Plaintiff's explicit instructions to CAPITAL ONE that Plaintiff was represented by an attorney and did not wish to be contacted directly CAPITAL ONE willfully communicated with Plaintiff by means of at least one hundred forty-two (142) telephone calls to Ms. Plumb's cellular telephone (***-***-3918) between November 23, 2019 and February 2, 2020.

**TABLE 1**
Telephone Calls Made to Plaintiff's Cellular Telephone Between
November 23, 2019 and February 1, 2020

| DATE | TIME | DATE | TIME | DATE | TIME |
|---|---|---|---|---|---|
| 11/23/2019 | 11:42 A.M. | 12/23/2019 | 2:00 P.M. | 01/05/2020 | 7:56 P.M. |
| 11/24/2019 | 2:04 P.M. | 12/23/2019 | 2:21 P.M. | 01/06/2020 | 11:03 A.M. |
| 11/25/2019 | 12:39 P.M. | 12/24/2019 | 10:20 A.M. | 01/06/2020 | 4:09 P.M. |
| 11/26/2019 | 9:19 A.M. | 12/24/2019 | 12:46 P.M. | 01/06/2020 | 5:00 P.M. |
| 11/27/2019 | 9:49 A.M. | 12/24/2019 | 12:52 P.M. | 01/06/2020 | 7:37 P.M. |
| 11/29/2019 | 2:57 P.M. | 12/26/2019 | 12:29 P.M. | 01/07/2020 | 11:04 A.M. |
| 11/30/2019 | 10:25 A.M. | 12/26/2019 | 12:59 P.M. | 01/07/2020 | 11:48 A.M. |

---

[1] The fax sent to CAPITAL ONE contained a notice of representation which stated "PLEASE TAKE NOTICE that the attorneys of First Coast Consumer Law are my attorneys at law who represent me with respect to all my debts and all claims my creditors have against me. I authorize and instruct them to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to First Coast Consumer Law as they may request, and to direct all communications to them as my attorneys." The notice was signed by Ms. Plumb and included her social security number to assist recipients in identifying affected accounts. Due to the inclusion of Ms. Plumb's social security number, the Notice of Representation is not filed herewith.

3

| | | | | | |
|---|---|---|---|---|---|
| 12/01/2019 | 12:02 P.M. | 12/26/2019 | 5:14 P.M. | 01/07/2020 | 2:50 P.M. |
| 12/02/2019 | 2:29 P.M. | 12/26/2019 | 8:47 P.M. | 01/07/2020 | 4:42 P.M. |
| 12/03/2019 | 9:16 A.M. | 12/27/2019 | 1:54 P.M. | 01/07/2020 | 4:43 P.M. |
| 12/04/2019 | 10:26 A.M. | 12/27/2019 | 5:19 P.M. | 01/07/2020 | 6:17 P.M. |
| 12/05/2019 | 10:44 A.M. | 12/27/2019 | 7:05 P.M. | 01/08/2020 | 10:01 A.M. |
| 12/06/2019 | 4:14 P.M. | 12/28/2019 | 10:31 A.M. | 01/08/2020 | 5:58 P.M. |
| 12/06/2019 | 4:15 P.M. | 12/28/2019 | 11:38 A.M. | 01/09/2020 | 1:02 P.M. |
| 12/07/2019 | 2:56 P.M. | 12/28/2019 | 2:39 P.M. | 01/09/2020 | 6:52 P.M. |
| 12/08/2019 | 5:51 P.M. | 12/28/2019 | 2:39 P.M. | 01/10/2020 | 10:47 A.M. |
| 12/09/2019 | 11:42 A.M. | 12/28/2019 | 4:40 P.M. | 01/10/2020 | 7:51 P.M. |
| 12/10/2019 | 11:02 A.M. | 12/28/2019 | 4:55 P.M. | 01/11/2020 | 11:31 A.M. |
| 12/12/2019 | 9:16 A.M. | 12/29/2019 | 12:02 P.M. | 01/12/2020 | 2:19 P.M. |
| 12/13/2019 | 11:39 A.M. | 12/29/2019 | 1:52 P.M. | 01/13/2020 | 4:10 P.M. |
| 12/14/2019 | 1:33 P.M. | 12/29/2019 | 4:20 P.M. | 01/16/2020 | 10:59 A.M. |
| 12/15/2019 | 2:17 P.M. | 12/29/2019 | 5:31 P.M. | 01/16/2020 | 2:58 P.M. |
| 12/16/2019 | 10:21 A.M. | 12/30/2019 | 1:36 P.M. | 01/17/2020 | 9:53 A.M. |
| 12/17/2019 | 9:43 A.M. | 12/30/2019 | 4:33 P.M. | 01/17/2020 | 4:10 P.M. |
| 12/18/2019 | 2:39 P.M. | 12/30/2019 | 8:24 P.M. | 01/18/2020 | 10:06 A.M. |
| 12/18/2019 | 4:59 P.M. | 12/31/2019 | 11:30 A.M. | 01/18/2020 | 12:40 P.M. |
| 12/19/2019 | 10:14 A.M. | 12/31/2019 | 11:48 A.M. | 01/19/2020 | 12:19 P.M. |
| 12/19/2019 | 12:30 P.M. | 12/31/2019 | 2:57 P.M. | 01/19/2020 | 2:50 P.M. |
| 12/19/2019 | 6:38 P.M. | 12/31/2019 | 4:09 P.M. | 01/20/2020 | 12:11 P.M. |
| 12/20/2019 | 10:53 A.M. | 12/31/2019 | 4:47 P.M. | 01/20/2020 | 4:22 P.M. |
| 12/20/2019 | 1:36 P.M. | 01/02/2020 | 9:56 A.M. | 01/21/2020 | 12:35 P.M. |
| 12/20/2019 | 7:12 P.M. | 01/02/2020 | 3:01 P.M. | 01/21/2020 | 4:25 P.M. |
| 12/20/2019 | 7:43 P.M. | 01/02/2020 | 5:55 P.M. | 01/22/2020 | 1:45 P.M. |
| 12/21/2019 | 11:42 A.M. | 01/03/2020 | 9:37 A.M. | 01/22/2020 | 4:23 P.M. |
| 12/21/2019 | 12:15 P.M. | 01/03/2020 | 2:00 P.M. | 01/23/2020 | 11:21 A.M. |
| 12/21/2019 | 2:39 P.M. | 01/03/2020 | 6:54 P.M. | 01/23/2020 | 6:20 P.M. |
| 12/21/2019 | 3:20 P.M. | 01/03/2020 | 7:21 P.M. | 01/24/2020 | 1:15 P.M. |
| 12/21/2019 | 5:39 P.M. | 01/04/2020 | 11:08 A.M. | 01/24/2020 | 5:05 P.M. |
| 12/22/2019 | 12:17 P.M. | 01/04/2020 | 11:19 A.M. | 01/25/2020 | 10:43 P.M. |
| 12/22/2019 | 12:59 P.M. | 01/04/2020 | 3:21 P.M. | 01/25/2020 | 2:51 P.M. |
| 12/22/2019 | 4:55 P.M. | 01/05/2020 | 11:42 A.M. | 01/26/2020 | 12:29 P.M. |
| 12/22/2019 | 5:57 P.M. | 01/05/2020 | 1:36 P.M. | 01/26/2020 | 4:40 P.M. |
| 12/22/2019 | 7:30 P.M. | 01/05/2020 | 2:56 P.M. | 01/27/2020 | 1:03 P.M. |
| 12/23/2019 | 9:12 A.M. | 01/05/2020 | 6:55 P.M. | 01/27/2020 | 6:14 P.M. |
| 01/27/2020 | 7:03 P.M. | | | | |
| 01/28/2020 | 12:35 P.M. | | | | |
| 01/28/2020 | 4:01 P.M. | | | | |
| 01/28/2020 | 4:01 P.M. | | | | |
| 01/29/2020 | 3:09 P.M. | | | | |
| 01/29/2020 | 6:51 P.M. | | | | |
| 01/30/2020 | 11:47 A.M. | | | | |
| 01/31/2020 | 2:10 P.M. | | | | |

| 01/31/2020 | 2:10 P.M. | | | | |
| 02/01/2020 | 11:06 A.M. | | | | |

11. Upon information and belief, the telephone calls listed in Table 1 were willfully or knowingly made to Plaintiff's cellular telephone using an "automatic telephone dialing system" ("ATDS") as defined by the TCPA, 47 U.S.C. § 227(a)(1).

12. Upon information and belief, the ATDS used to make the calls listed in Table 1 has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

13. Upon information and belief, the telephone system utilized by CAPITAL ONE operates as a predictive dialer.

14. The telephone calls listed in Table 1 were not made for emergency purposes as detailed by the TCPA, 47 U.S.C. § 227(b)(1)(A)(i).

15. The telephone calls listed in Table 1 were placed to Plaintiff's cellular telephone for which Plaintiff incurs a charge for incoming calls as detailed by the TCPA, 47 U.S.C. § 227(b)(1).

16. The caller i.d. on Plaintiff's cellular telephone reflected that the phone calls listed in Table 1 came from various telephone numbers, including 800-365-2024 and 800-955-6600.

17. During various calls there were moments of silence as if there was no person on the other end.

18. During calls on December 19, 2019, January 7, 2020 and January 16, 2020 Plaintiff spoke with a CAPITAL ONE representative and informed them that Plaintiff was represented by an attorney and that Plaintiff did not want to be contacted by CAPITAL ONE.

19. During calls on January 7, 2020 and January 16, 2020 Plaintiff was informed by CAPITAL ONE's representatives that the calls would stop.

5

20. Despite CAPITAL ONE's representations the calls continued.

21. The Defendant's harassing debt collection activity resulted in Plaintiff suffering embarrassment, humiliation, pain and suffering, emotional and mental distress, loss of sleep, loss of happiness, and caused strains in Plaintiff's familial and business relationships.

### V.   COUNT I – FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATIONS BY CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

22. Plaintiff incorporates by reference paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 of this Complaint.

23. Defendant, by engaging in the debt collection activity described above, willfully engaged in conduct which Defendant could reasonably expect to abuse or harass Plaintiff in violation of Fla. Stat. § 559.72(7).

24. Defendant, by willfully communicating with Plaintiff by means of the telephone calls listed in Table 1 in an effort to collect the alleged debt despite having actual knowledge that Plaintiff was represented by an attorney, violated the FCCPA, Fla. Stat. § 559.72(18).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.  Actual and statutory damages pursuant to Fla. Stat. § 559.77;

    b.  Attorney's fees, litigation expenses and costs of suit pursuant to Fla. Stat. § 559.77;

    c.  Injunctive relief pursuant to Fla. Stat. § 559.77; and

    d.  Such other or further relief as the Court deems proper.

### VI.   COUNT II – UNLAWFUL USE OF TELEPHONE EQUIPMENT BY CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

25. Plaintiff incorporates by reference paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 of this Complaint.

26. Defendant willfully and knowingly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automated telephone dialing system without Plaintiff's prior, unrevoked consent in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages pursuant to 47 U.S.C. § 227(b)(3);

b. Treble damages pursuant to 47 U.S.C. § 227(b)(3)(C);

b. Injunctive relief; and

c. Such other and further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

/s/ Ryan G. Moore
Ryan G. Moore, Fla. Bar No.: 70038
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, FL, 32250-6767
P: (904) 242-7070 F: (904) 242-7054
e-service: pleadings@firstcoastconsumerlaw.com
*Attorney for Plaintiff*