UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KELSIE PLUMB,

    Plaintiffs,

v.                                          Case No. 3:21-cv-00371-BJD-JBT

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, KELSIE PLUMB, by and through undersigned counsel, and pursuant to Local Rule 3.09, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties, and their counsel that a settlement has been reached between Plaintiff and Defendant, CAPITAL ONE BANK (USA), N.A. ("CAPITAL ONE").  Plaintiff and CAPITAL ONE are in the process of finalizing the settlement and expect to submit a dismissal of this case shortly.

Dated this 29th day of October 2021.   Respectfully submitted,

                                                            /s/ Ryan G. Moore
                                                             Ryan G. Moore, FBN: 70038
                                                              First Coast Consumer Law
                                                               340 Third Avenue South, Suite A
                                                              Jacksonville Beach, FL 32250-6767
                                                              P: (904) 242-7070
                                                              F: (904) 242-7054
                                                               ryan@beacheslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of October 2021, a true and correct copy of the foregoing was filed and served to all parties via CM/ECF.

/s/ Ryan G. Moore
Ryan G. Moore, FBN: 70038
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, FL 32250-6767
P: (904) 242-7070
F: (904) 242-7054
ryan@beacheslaw.com
*Attorneys for Plaintiff*