UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KELSIE PLUMB,

    Plaintiff,

v.                                                     Case No.: 3:21-cv-371-BJD-JBT

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 20; Notice) filed on October 29, 2021. In the Notice, Plaintiff advises the Court that this case has been resolved. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for August 24, 2022 is **CANCELLED** and this case is **REMOVED** from the September 6, 2022 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **December 28, 2021**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **December 28, 2021** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 2nd day of November, 2021.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*